AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Oxholm, Maria L. | U. S. Bankruptcy Court, E.D. Michigan | 07/23/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge, active | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2018 <br> to <br> 12/31/2018 |

**7. Chambers or Office Address**

211 W. Fort Street
Suite 1800
Detroit, MI 48226

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | William Booth Legal Aid Clinic |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Pension, Wayne County |
| 2. 2018 | Employment, Wayne County Prosecutor's Office |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Western District of Michigan Federal Bar Association | 7/26/18 - 7/28/18 | Traverse City, Michigan | Moderator on Bankruptcy Panel | Lodging, Mileage and Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Michigan State | Tuition Agreements | None |
| 2. | Wayne State University | Tuition Agreements | None |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L.. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dividend Reinvestment: | | | | | | | | | |
| 2. ABX | A | Int./Div. | J | T | | | | | |
| 3. BAX | A | Int./Div. | J | T | | | | | |
| 4. GE | A | Int./Div. | J | T | | | | | |
| 5. IBM | A | Int./Div. | J | T | | | | | |
| 6. BP | A | Int./Div. | J | T | | | | | |
| 7. PFE | | None | | | Donated | | | | |
| 8. Shire PLC ADS (Tekeda in 2019) | A | Int./Div. | J | T | | | | | |
| 9. | | | | | | | | | |
| 10. Prudential Guaranteed Income Fund Benchmark (Wayne Cnty-mlo) | A | Int./Div. | M | T | | | | | |
| 11. | | | | | | | | | |
| 12. SOM (mlo) | | | | | | | | | |
| 13. 457 Plan American Fund Euro Pacific | A | Int./Div. | M | T | | | | | |
| 14. 401K Plan:Black Rock Gov Short Term Fund | B | Int./Div. | N | T | | | | | |
| 15. | | | | | | | | | |
| 16. Voya Financial #2 457 Plan:(Wayne Cnty Deferred mlo) | | | | | | | | | |
| 17. Fixed Account 457/401 cash | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Large Cap Growth Fund (now CIR Berg) | A | Int./Div. | J | T | | | | | |
| 19. | | | | | | | | | |
| 20. Voya Financial #3: pgb | | | | | | | | | |
| 21. Fixed Account 457/401 | B | Int./Div. | M | T | | | | | |
| 22. Mass Mutual Financial Grp: 457 FICA Alt.Ret.Plan (deferred inc pgb) | A | Int./Div. | K | T | | | | | |
| 23. Mass Mutual Cash-stable value-SF guaranteed | A | Int./Div. | K | T | | | | | |
| 24. | | | | | | | | | |
| 25. Columbia Select Interntnl. Equity Fund-Z (vjb) | A | Int./Div. | K | T | | | | | |
| 26. | | | | | | | | | |
| 27. Ameritrade IRA: (mlo) | | | | | | | | | |
| 28. ADM | A | Int./Div. | J | T | | | | | |
| 29. CCJ | A | Int./Div. | | | Sold | 06/11/18 | J | A | |
| 30. GE | A | Int./Div. | J | T | | | | | |
| 31. | | | | | | | | | |
| 32. Public Service Credit Union:5 accounts | A | Interest | L | T | | | | | |
| 33. Bank of America checking acct | | None | J | W | | | | | |
| 34. U of M Credit Union | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. Michigan Educational Trust | D | Distribution | | | Expired | 12/31/18 | J | | |
| 37. | | | | | | | | | |
| 38. Morgan Stanley Roth IRA:(pgb inherited) | | | | | | | | | |
| 39. GE | B | Int./Div. | K | T | | | | | |
| 40. LYG | A | Int./Div. | J | T | | | | | |
| 41. NOK | A | Int./Div. | | | Sold | 01/12/18 | J | A | |
| 42. PREKF | | None | | | Sold | 01/12/18 | J | A | |
| 43. CWGIX | B | Distribution | K | T | | | | | |
| 44. AIVSX | A | Int./Div. | J | T | | | | | |
| 45. AMRMX | A | Int./Div. | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. Morgan Stanley Account:(JNT) | | | | | | | | | |
| 48. cash account | A | Int./Div. | J | W | | | | | |
| 49. ARNC | A | Int./Div. | | | Sold | 01/10/18 | J | A | |
| 50. ADM | A | Int./Div. | | | Sold (part) | 08/02/18 | K | D | |
| 51. | | | | | | Sold | 08/10/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. CPB | A | Int./Div. | J | T | Buy | 05/23/18 | J | | |
| 53. CNQ | A | Int./Div. | J | T | | | | | |
| 54. GIS | A | Int./Div. | J | T | Buy | 12/04/18 | J | | |
| 55. KO | A | Int./Div. | J | T | Buy | 08/31/18 | J | | |
| 56. NAT | A | Int./Div. | | | Sold | 08/10/18 | J | A | |
| 57. PG | A | Int./Div. | J | T | Buy | 04/24/18 | J | | |
| 58. POT(now NTR) | A | Int./Div. | | | Sold | 08/10/18 | K | A | |
| 59. SLB | A | Int./Div. | J | T | Buy | 08/03/18 | J | | |
| 60. SU | A | Int./Div. | J | T | | | | | |
| 61. TCK(correct symbol TECK) | A | Int./Div. | J | T | | | | | |
| 62. MOS | A | Int./Div. | | | Sold | 08/02/18 | J | A | |
| 63. CCJ | A | Int./Div. | J | T | | | | | |
| 64. QCOM | A | Int./Div. | | | Buy | 04/24/18 | J | | |
| 65. | | | | | Sold | 09/13/18 | J | C | |
| 66. T | A | Int./Div. | J | T | Buy | 06/13/18 | J | | |
| 67. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 68. AIVSX | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. CAIBX | A | Int./Div. | J | T | | | | | |
| 70. CWGIX | A | Int./Div. | K | T | | | | | |
| 71. AMRMX | B | Int./Div. | M | T | | | | | |
| 72. FMITX | A | Dividend | J | T | | | | | |
| 73. TESIX | A | Int./Div. | J | T | | | | | |
| 74. Grand Rapids/Kent County Municipal Bond | A | Int./Div. | J | T | | | | | |
| 75. Kenoa Hills, Mi Mun Bond | A | Interest | K | T | Buy | 03/22/18 | K | | |
| 76. MS Bank Salt Lake City Utah CD | A | Int./Div. | K | T | Buy | 04/25/18 | K | | |
| 77. BMO Harris Bank CD | | None | | | Buy | 05/03/18 | K | | |
| 78. | | | | | Matured | 09/10/18 | K | A | |
| 79. Texas Bank Cap CD | | None | | | Buy | 05/03/18 | K | | |
| 80. | | | | | Matured | 11/16/18 | K | A | |
| 81. First Rep Bank San Francisco CD (Matures 2019) | A | Int./Div. | K | T | Buy | 08/02/18 | K | | |
| 82. Inv. Savings Bank, Short Hills, NJ CD | A | Int./Div. | | | Buy | 08/13/18 | K | | |
| 83. | | | | | Matured | 12/03/18 | K | A | |
| 84. Assoc. Bank Green Bay, Wis CD | | None | | | Buy | 08/31/18 | J | | |
| 85. | | | | | Matured | 12/07/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Bank Hapoalim NY, NY CD (Matures 2019) | A | Int./Div. | K | T | Buy | 09/12/18 | K | | |
| 87. Mountain One Bank North Adams MA CD (matures 2019) | A | Int./Div. | J | T | Buy | 09/14/18 | J | | |
| 88. First Rep Bank San Francisco CD (Matures 2019) | A | Int./Div. | K | T | Buy | 11/16/18 | K | | |
| 89. Beal Bank Tx CD (Matures 2019) | A | Int./Div. | J | T | Buy | 12/03/18 | J | | |
| 90. Simmons Bank Ark CD (Matures 2019) | A | Int./Div. | J | T | Buy | 12/03/18 | J | | |
| 91. | | | | | | | | | |
| 92. Farmers New World Life Ins.(whole) | | None | J | U | | | | | |
| 93. | | | | | | | | | |
| 94. Morgan Stanley: Cash Account (flb)(Y) | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. Ameriprise Account #1(JNT) | | | | | | | | | |
| 97. ABB | A | Int./Div. | J | T | Buy | 07/27/18 | J | | |
| 98. ADM | A | Int./Div. | K | T | | | | | |
| 99. BHP | A | Int./Div. | | | Sold | 01/24/18 | J | C | |
| 100. BP | A | Int./Div. | J | T | | | | | |
| 101. CPB | A | Int./Div. | J | T | Buy | 06/08/18 | J | | |
| 102. CF | A | Int./Div. | | | Sold | 06/08/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CSX | A | Int./Div. | | | Sold | 07/24/18 | J | D | |
| 104. CVS | A | Int./Div. | | | Sold | 01/09/18 | K | A | |
| 105. CX | A | Int./Div. | | | Sold | 07/24/18 | J | A | |
| 106. EMR | A | Int./Div. | K | T | | | | | |
| 107. FLR | A | Int./Div. | J | T | Sold (part) | 09/19/18 | J | A | |
| 108. XOM | A | Int./Div. | K | T | | | | | |
| 109. GE | A | Int./Div. | J | T | | | | | |
| 110. GIS | A | Int./Div. | J | T | Buy | 09/19/18 | J | | |
| 111. GSK | B | Int./Div. | K | T | | | | | |
| 112. HP | A | Int./Div. | J | T | | | | | |
| 113. KO | A | Int./Div. | J | T | | | | | |
| 114. MOS | A | Int./Div. | | | Sold | 06/08/18 | J | A | |
| 115. NSC | A | Int./Div. | J | T | Sold (part) | 07/27/18 | J | C | |
| 116. SLB | A | Int./Div. | J | T | Buy | 09/19/18 | J | | |
| 117. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 118. SNY | A | Int./Div. | J | T | | | | | |
| 119. TRP | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. VZ | A | Int./Div. | J | T | Buy | 06/08/18 | J | | |
| 121. Berkshire Bank, MA CD | | None | | | Buy | 05/09/18 | K | | |
| 122. | | | | | Matured | 08/09/18 | K | A | |
| 123. UMB Bank Ks City, Missouri CD | | None | | | Buy | 06/13/18 | J | | |
| 124. | | | | | Matured | 08/13/18 | J | A | |
| 125. UMB Bank Ks City, Missouri CD | | None | | | Buy | 07/25/18 | J | | |
| 126. | | | | | Matured | 10/24/18 | J | A | |
| 127. Key Bank Cleveland, OH CD | | None | | | Buy | 08/22/18 | J | | |
| 128. | | | | | Matured | 11/29/18 | J | A | |
| 129. Capital One VA CD (Matures 3/5/19) | A | Int./Div. | J | T | Buy | 12/05/18 | J | | |
| 130. Hancock Whitney Bank-MS CD (Matures 6/5/19) | A | Int./Div. | J | T | Buy | 12/03/18 | J | | |
| 131. | | | | | | | | | |
| 132. Ameriprise Account #2 (cgb) | | | | | | | | | |
| 133. CLF | A | Int./Div. | J | T | | | | | |
| 134. Ameriprise Roth IRA #1(cgb) | | | | | | | | | |
| 135. BAC | A | Int./Div. | J | T | | | | | |
| 136. POT/NTR | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. GE | | None | J | T | Buy | 12/10/18 | J | | |
| 138. | | | | | | | | | |
| 139. Ameriprise Roth IRA #2(mlo) | | | | | | | | | |
| 140. ADM | A | Int./Div. | J | T | | | | | |
| 141. GE | A | Int./Div. | J | T | Buy | 01/19/18 | J | | |
| 142. CCJ | A | Int./Div. | | | Sold | 01/19/18 | J | A | |
| 143. | | | | | | | | | |
| 144. Ameriprise Roth IRA#3:(pgb) | | | | | | | | | |
| 145. ADM | A | Int./Div. | J | T | Sold (part) | 05/07/18 | J | A | |
| 146. | | | | | Sold (part) | 07/13/18 | J | A | |
| 147. | | | | | Sold (part) | 08/21/18 | J | A | |
| 148. CVS | | None | | | Sold | 01/09/18 | J | A | |
| 149. DWDP(2019 co split to dow,dd, ctva) | A | Int./Div. | J | T | Buy | 03/02/18 | J | | |
| 150. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 151. GE | A | Int./Div. | J | T | Buy (add'l) | 01/19/18 | J | | |
| 152. GIS | A | Int./Div. | J | T | Buy | 12/13/18 | J | | |
| 153. FLR | A | Int./Div. | J | T | Sold (part) | 01/24/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/03/18 | J | A | |
| 155. | | | | | Buy | 05/07/18 | J | | |
| 156. | | | | | Sold | 08/21/18 | J | A | |
| 157. | | | | | Buy | 10/15/18 | J | | |
| 158. HP | A | Int./Div. | J | T | | | | | |
| 159. INT | | None | | | Sold | 08/21/18 | J | A | |
| 160. RDS-A | A | Int./Div. | K | T | Sold (part) | 05/17/18 | J | A | |
| 161. SLB | A | Int./Div. | J | T | Buy | 12/13/18 | J | | |
| 162. SNY | A | Int./Div. | | | Buy | 05/07/18 | J | | |
| 163. | | | | | Sold | 10/15/18 | J | A | |
| 164. EMR | A | Int./Div. | | | Sold | 08/21/18 | J | C | |
| 165. ABB | A | Int./Div. | J | T | Buy | 03/02/18 | J | | |
| 166. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 167. T | A | Int./Div. | J | T | Buy | 07/13/18 | J | | |
| 168. | | | | | Buy (add'l) | 10/24/18 | J | | |
| 169. | | | | | Buy (add'l) | 12/13/18 | J | | |
| 170. Key Bank Cleveland OH CD | | None | | | Buy | 08/22/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 10/24/18 | J | A | |
| 172. Synchrony Bank CD Utah | | None | | | Buy | 08/22/18 | J | | |
| 173. | | | | | Sold | 12/13/18 | J | A | |
| 174. | | | | | | | | | |
| 175. American Century Investments IRA:(pgb) | | | | | | | | | |
| 176. TWGGX | A | Int./Div. | K | T | | | | | |
| 177. BGEIX | | None | J | T | | | | | |
| 178. BEQGX | A | Int./Div. | J | T | | | | | |
| 179. | | | | | | | | | |
| 180. Morgan Stanley: (cgb) | | | | | | | | | |
| 181. American Century Investment Account #2 : TWGGX (cgb--Morgan Stan) | C | Distribution | K | T | | | | | |
| 182. American Funds: New Perspective Fund- ANWPX (Morg Stanley--cgb) | A | Int./Div. | J | T | | | | | |
| 183. American Funds: American Mutual Fund(AMRMX) (Morgan Stan--cgb) | A | Int./Div. | J | T | | | | | |
| 184. Bank of San Francisco CD | | None | | | Buy | 05/23/18 | J | | |
| 185. | | | | | Matured | 12/03/18 | J | A | |
| 186. Cash Account | A | Int./Div. | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Oxholm, Maria L. | 07/23/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Maria L. Oxholm**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544